AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Kristina Hempel-Dubois | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-00009-JD |
| Portfolio Recovery Associates, LLC, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kristina Hempel-Dubois

Date:  01/11/2011

/s/ Roger B. Phillips
*Attorney's signature*

Roger B. Phillips  #2018
*Printed name and bar number*

Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH  03301
*Address*

phillipslawoffice@comcast.net
*E-mail address*

(603) 225-2767
*Telephone number*

(603) 226-3581
*FAX number*