UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

******************************************
KRISTINA HEMPEL-DUBOIS                    *
                                          *
         Plaintiff,                       *
                                          *
v.                                        *   Case No. 1:11-cv-00009-JD
                                          *
PORTFOLIO RECOVERY ASSOCIATES, INC.       *
                                          *
         and                              *
                                          *
PORTFOLIO RECOVERY ASSOCIATES, LLC        *
A/K/A PORTFOLIO ASSOCIATES                *
                                          *
         Defendants.                      *
******************************************

**CORPORATION DISLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.5**

NOW COMES Portfolio Recovery Associates, LLC, through its attorneys, Sheehan Phinney Bass + Green, Professional Association, and respectfully submits that the following:

Nongovernmental Corporation

/ X /   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

Portfolio Recovery Associates, Inc.

/   /   The filing parties identifies the following publicly held corporation with which a merger agreement with the party exists:

OR

Partnership

/__/     The filing party, a partnership, identifies the following nongovernmental corporate entity that holds an interest in said partnership, the corporate partner's parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock:

/__/     The filing party identifies the following publicly held corporation that has a merger agreement with the corporate partner:

/__/     _____ [the filing party] has no parent companies or merger agreements with publicly held corporations.

OR

Nothing to Disclose

/__/     The filing party has none of the above.

Respectfully Submitted,

PORTFOLIO RECOVERY ASSOCIATES, LLC

By Its Attorneys,

SHEEHAN PHINNEY BASS + GREEN,
PROFESSIONAL ASSOCIATION

Dated:  January 12, 2011            By: /s/ John-Mark Turner_____
                                        John-Mark Turner (#15610)
                                        1000 Elm Street, P.O. Box 3701
                                        Manchester, NH 03105-3701
                                        (603) 627-8150
                                        jturner@sheehan.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Roger B. Phillips
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301


Dated:  January 12, 2011                                   /s/ John-Mark Turner