UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KRISTINA HEMPEL-DUBOIS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:11-cv-00009-JD |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES, INC. | * | |
| | * | |
| and | * | |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC A/K/A PORTFOLIO ASSOCIATES | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATION DISLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.5**

NOW COMES Portfolio Recovery Associates, Inc., through its attorneys, Sheehan Phinney Bass + Green, Professional Association, and respectfully submits that the following:

<u>Nongovernmental Corporation</u>

/__/   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

/__/   The filing parties identifies the following publicly held corporation with which a merger agreement with the party exists:

OR

<u>Partnership</u>

/__/     The filing party, a partnership, identifies the following nongovernmental corporate entity that holds an interest in said partnership, the corporate partner's parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock:

/__/     The filing party identifies the following publicly held corporation that has a merger agreement with the corporate partner:

/__/     _____ [the filing party] has no parent companies or merger agreements with publicly held corporations.

OR

Nothing to Disclose

/_X_/    The filing party has none of the above, but is a publicly held corporation.

Respectfully Submitted,

PORTFOLIO RECOVERY ASSOCIATES, INC.

By Its Attorneys,

SHEEHAN PHINNEY BASS + GREEN, PROFESSIONAL ASSOCIATION

Dated:  January 12, 2011        By: /s/ John-Mark Turner_____
                                John-Mark Turner (#15610)
                                1000 Elm Street, P.O. Box 3701
                                Manchester, NH 03105-3701
                                (603) 627-8150
                                jturner@sheehan.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Roger B. Phillips
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301


Dated: January 12, 2011                         /s/ John-Mark Turner