UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************************
KRISTINA HEMPEL-DUBOIS

    Plaintiff,

v.                                   Case No. Case No. 1:11-cv-00009-JD

PORTFOLIO RECOVERY ASSOCIATES, INC.

    and

PORTFOLIO RECOVERY ASSOCIATES, LLC
A/K/A PORTFOLIO ASSOCIATES

    Defendants.
*******************************************

**DEFENDANTS' ASSENTED-TO MOTION TO FILE
PORTIONS OF STATE COURT RECORD UNDER SEAL**

Pursuant to Local Rule 83.11, Portfolio Recovery Associates, LLC and Portfolio Recovery Associates, Inc. (collectively "PRA") respectfully move this Court for leave to file under seal, at <u>Level I</u>, certain portions of the state court record, saying in support as follows.

1. This case was recently removed to this Court, following Plaintiff's motion in Belknap Superior Court to amend her Writ to add a claim under the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

2. Part of the Superior Court record is Defendants' Motion for Summary Judgment and attached exhibits. As part of the summary judgment papers, Defendants submitted copies of loan purchase agreements, which, Defendants believe, assigned them the right to collect on certain loans taken out by Plaintiff. Plaintiff disputes that she was obligated to repay any such loans.

3. Nevertheless, because the agreements contained confidential information, Defendants designated them as confidential under a confidentiality stipulation between the parties and filed them with the Superior Court under seal.

4. To maintain the confidentiality of the documents, Defendants request that the Court accept the purchase agreements under Seal (Level I). To effectuate the sealing, Defendants will submit the non-confidential portion of the certified state record in the regular course, and separately submit the purchase agreements to the Clerk's Office in paper copy and in PDF file format on a CD. Courtesy copies will also be concurrently served on opposing counsel.

5. No memorandum of law is attached hereto as the granting of this Motion is within the sound discretion of the Court.

6. Attorney Phillips assents to the relief requested herein.

WHEREFORE, PRA submit to this Court that the designated exhibits should not be available for public viewing and should be permanently maintained under seal at Level I.

Respectfully submitted,

**PORTFOLIO RECOVERY ASSOCIATES, INC.**
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

By their attorneys,

**SHEEHAN, PHINNEY, BASS + GREEN**

Dated: January 12, 2011       By:      /s/ John-Mark Turner
                                       John-Mark Turner, N.H. Bar. No. 15610
                                       Jason D. Gregoire, N.H. Bar No. 20092
                                       1000 Elm Street, P.O. Box 3701
                                       Manchester, NH  03105-3701
                                       (603) 627-8150
                                       jturner@sheehan.com

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 12th day of January 2011, I served a copy of the foregoing through the Court's electronic case filing system upon:

Roger B. Phillips
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301


Dated: January 12, 2011                      /s/ John-Mark Turner