SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION


ATTORNEYS AT LAW

MANCHESTER
1000 ELM STREET
MANCHESTER, NH
03101
T 603 668-0300
F 603 627-8121

CONCORD
TWO EAGLE SQUARE
CONCORD, NH
03301
T 603 223-2020
F 603 224-8899

HANOVER
2 MAPLE STREET
HANOVER, NH
03755
T 603 643-9070
F 603 643-3679

BOSTON
255 STATE STREET
BOSTON, MA
02109
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

**Writer's Direct Dial:**
**(603) 627-8150**
jturner@sheehan.com

*HAND DELIVERED*
January 18, 2011

James I. Peale, Acting Clerk
Belknap County Superior Court
64 Court Street
Laconia, NH 03246

Re:   **Kristina Hempel-Dubois v. Portfolio Recovery Associates, Inc., et al.
      No. 09-C-0254**

Dear Mr. Peale:

My client, Portfolio Recovery Associates, Inc. ("PRA"), removed this case to federal court on January 6, 2011. Nevertheless, I write to withdraw the Motion for Summary Judgment filed on November 22, 2010. Should this case return to this Court, PRA will file a substitute Motion for Summary Judgment.

Sincerely,

John-Mark Turner

cc: Roger B. Phillips, Esquire