UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************************
| KRISTINA HEMPEL-DUBOIS | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:11-cv-00009-JD |
| PORTFOLIO RECOVERY ASSOCIATES, LLC A/K/A PORTFOLIO ASSOCIATES | |
| Defendant. | |

*******************************************

## DEFENDANT, PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF INTENT TO REPLY

Pursuant to Local Rule 7.1(e), the Defendant, Portfolio Recovery Associates, LLC ("PRA"), through its undersigned counsel, Sheehan Phinney Bass + Green, P.A., hereby gives notice of its intention to reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings with Respect to Count Four of the First Amended Complaint.

Respectfully submitted,

**PORTFOLIO RECOVERY ASSOCIATES, LLC**

By its attorneys,
**SHEEHAN PHINNEY BASS + GREEN
PROFESSIONAL ASSOCIATION**

Dated: June 21, 2011     By:     /s/ John-Mark Turner
John-Mark Turner, N.H. Bar. No. 15610
Jason D. Gregoire, N.H. Bar No. 20092
1000 Elm Street, P.O. Box 3701
Manchester, NH 03101
(603) 627-8150
jturner@sheehan.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 21st day of June 2011, I served a copy of the foregoing via the Court's ECF system on:

Roger B. Phillips
Leonard A. Bennett
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301

                                        /s/ John-Mark Turner
                                        John-Mark Turner